IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.                                              CR No.: 2:05cr20049-D

NORMAN CARRICK

    DEFENDANT.

---

### ORDER FOR EVALUATION OF DEFENDANT
### PURSUANT TO 18 U.S.C. § 4241

---

For good cause shown and without objection by the government, the Court hereby GRANTS defendant's motion for evaluation pursuant to 18 U.S.C. § 4241. Defendant shall be transferred to a Federal Medical Facility that is available to determine defendant's competency to stand trial.

IT IS SO ORDERED this 30th day of June, 2005.

                                  HONORABLE BERNICE DONALD
                                  UNITED STATES DITRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20049 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT