IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 20 AM 10: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                                  CR. NO. 05-20049-D

NORMAN CARRICK

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause came on for a report date on December 15, 2005. At that time, counsel for the defendant requested a continuance of the January 3, 2006 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to February 6, 2006 with a **report date of Thursday, January 26, 2006, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from January 13, 2006 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _20_ day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20049 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT